[Decided January 5, 1887.]

## JOHN LEARY AND HENRY L. YESLER *v.* TERRITORY.

APPEAL — TIME OF TAKING. — A judgment was rendered May 26, 1885. On December 10, 1885, a motion to vacate the judgment was denied. On January 9, 1886, notice of appeal from the judgment and the order denying the motion to vacate was filed. *Held,* that the appeal should be dismissed, as more than six months had elapsed since the rendition of the judgment, and the order denying the motion to vacate was not a final judgment.

ERROR to the District Court holding terms at Tacoma. Second District.

Defendant in error moved to dismiss the appeal because the same was not taken within the statutory period of six months after final judgment.

*Mr. Fremont Campbell,* Prosecuting Attorney, in support of the motion.

*Messrs. McNaught, Ferry, McNaught, & Mitchell,* for the Plaintiffs in Error, *contra.*

Mr. Chief Justice GREENE delivered the opinion of the court.

A judgment, or what for the mere purpose of this opinion will be called a judgment, was rendered in the District Court between these parties on the twenty-sixth day of May, 1885. On the tenth day of the next following December, a motion to set aside the judgment was denied. From these two acts of the District Court the plaintiffs in error served and filed notice of appeal in this cause on the ninth day of January, 1886. More than six months had then elapsed since the former act of the District Court, and the latter act, under the circumstances appearing of record, was not a final judgment. For these reasons the motion to dismiss the appeal must be granted.

TURNER, J., and LANGFORD, J., concurred.